UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8083-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARTY DARRISAW,
    Defendant.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

THIS CAUSE come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, October 4, 2006, at 2:30 p.m.** tentatively, at the Palm Beach County Courthouse, 205 N. Dixie Hwy, West Palm Beach, Florida. This location may change, so counsel representing the parties shall contact the courtroom deputy, 561/803-3450, at least 48 hours prior to the hearing, to verify the location.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _3RD_ day of October, 2006.

**copy furnished:**
AUSA Janice LeClainche
AFPD Samuel Smargon
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge